UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21650-CIV-HUCK/SIMONTON

SASA PADJURAN, and others similarly situated,

   Plaintiff,
vs.

AVENTURA LIMOUSINE & TRANSPORTATION SERVICE, INC., and NEIL GOODMAN,

   Defendants.
_____/

### ORDER DENYING MOTION TO TRANSFER CASE

  THIS CAUSE is before the Court upon Plaintiff's Notice of Other Actions and Motion to Transfer Case to Judge William Hoeveler, filed July 25, 2007 (DE# 10). The Court has considered the Motion and is duly advised in the premises. Plaintiff seeks a transfer of this case to the Honorable Judge William Hoeveler of this District, because Judge Hoeveler formerly presided over two lawsuits filed by other employees of the Defendants under the Fair Labor Standards Act. The Court has reviewed the docket of each of those cases, *Kaufman v. Aventura Limousine & Transportation Service, et al.*, Case No. 06-21735-CIV, and *Kralovic v. v. Aventura Limousine & Transportation Service, et al.*, Case No. 06-22418-CIV, and finds that both cases were closed following settlement by the parties, with little intervention from the court necessary. The Court further finds that although those cases arose under the FLSA and involve the same employer, the cases involve different employees and different facts. Therefore, the Court finds that the subject matter of the case now pending before this Court is not the same as the cases formerly pending before Judge Hoeveler and, as such, retaining the instant case would not result in the duplication of judicial labor. Accordingly, it is hereby

  ORDERED that Plaintiff's Motion to Transfer is DENIED.

  DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of July, 2007.

              _____
               Paul C. Huck
               United States District Judge

Copies furnished to:
Counsel of Record